NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Galvan,<br><br>    Petitioner,<br><br>vs.<br><br>State of Arizona, et al.<br><br>    Respondents. | No. CV11-1654-PHX-SRB<br><br>**ORDER** |

Petitioner filed his Second Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on October 27, 2011 raising two ground for relief: 1) "Violation of Amendment IV right. Illegal search and seizure. Probable cause"; and 2) "Violation of Amendment VI [r]ight. To be confronted with the witnesses against him." On December 11, 2011, Respondents filed their Response to Petitioner's Petition for Writ of Habeas Corpus. No reply was filed. On April 27, 2012, the Magistrate Judge issued her Report and Recommendation recommending that the petition be denied and dismissed with prejudice.

In her Report and Recommendation the Magistrate Judge advised the parties that they had 14 days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

IT IS ORDERED adopting the Report and Recommendation of the Magistrate Judge as the order of this Court.

IT IS FURTHER ORDERED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

IT IS FURTHER ORDERED denying any Certificate of Appealability and leave to proceed *in forma pauperis* on appeal because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

IT IS FURTHER ORDERED directing the Clerk to enter judgment accordingly.

DATED this 4th day of June, 2012.

/s/ Susan R. Bolton
Susan R. Bolton
United States District Judge